IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY BOCZKOWSKI,

       Petitioner,                                   24cv1752
                                                                               ELECTRONICALLY FILED

   v.

ATTN. GENERAL, PA. COMMONWEALTH,
ALLEGHENY COUNTY DISTRICT
ATTORNEY, SUPERINTENDENT SCI
GREENE,

       Defendants.

## ORDER

AND NOW, this 3rd day of April, 2025, after Petitioner, Timothy Boczkowski, filed a Petition for Writ of Habeas Corpus in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending dismissal of this petition as it is the third such petition filed by him,[1] and after finding no indication from Petitioner that he sought and received permission to file this third, successive petition seeking the same relief from the same criminal conviction and sentence in the 2010 matter wherein he was denied the relief requested, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED and no certificate of appealability shall issue.

---

[1] The first such petition was denied in case number 10-cv-003 on June 28, 2010, and on December 13, 2010, while on appeal to the United States Court of Appeals for the Third Circuit, the Court of Appeals denied the certificate of appealability. The second such petition was dismissed in case number 20-cv-0312 as an unauthorized second or successive petition on April 20, 2020.

<u>s/ Arthur J. Schwab</u>
ARTHUR J. SCHWAB
United States District Judge

cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

                and

        Timothy Boczkowski
        EA3797
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370-8089